UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ZULA M. WELCH, | ) |
|           Plaintiff, | ) |
| vs. | ) No. 1:13-cv-00103-JMS-DKL |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | ) |
|           Defendant. | ) |

## FINAL JUDGMENT

For the reasons set forth in the Court's Entry Reviewing the Commissioner's Decision, also issued this day, the Court now enters **FINAL JUDGMENT** in favor of Plaintiff and against Defendant, **VACATES** the Commissioner's decision denying Plaintiff's application for benefits, and **REMANDS** this matter back to the Commissioner for further proceedings pursuant to 42 U.S.C. § 405(g) (sentence four). The Court directs the Commissioner to expedite review of Ms. Welch's pending claim on remand.

04/11/2014

Laura A. Briggs, Clerk
BY: _____
Deputy Clerk, U.S. District Court

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

John David Hensley
HENSLEY & ASSOCIATES
jhensley@hensleylegal.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

1